**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 29 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOSE MANUEL CASTANEYRA VILLALBA,<br><br>                    Petitioner,<br><br>    v.<br><br>WILLIAM P. BARR, Attorney General,<br><br>                    Respondent. | No.    16-70424<br><br>Agency No. A205-536-237<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 26, 2020[**]

Before:    McKEOWN, RAWLINSON, and FRIEDLAND, Circuit Judges.

Jose Manuel Castaneyra Villalba, a native and citizen of Mexico, petitions

for review of the Board of Immigration Appeals' ("BIA") order denying his

motion to reopen.  We have jurisdiction under 8 U.S.C. § 1252.  We review for

abuse of discretion the denial of a motion to reopen.  *Mohammed v. Gonzales*, 400

---

        [*]      This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

        [**]      The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

F.3d 785, 791 (9th Cir. 2005).  We deny the petition for review.

The BIA did not abuse its discretion in denying the motion to reopen, where Castaneyra Villalba's evidence, including evidence of being harmed on account of being a Jehovah's Witness, was not previously unavailable, and Castaneyra Villalba did not establish prima facie eligibility for relief.  *See* 8 U.S.C. § 1229a(C)(7); *Bhasin v. Gonzales*, 423 F.3d 977, 984, 987 (9th Cir. 2005) (new evidence in support of a motion to reopen must have been unavailable at the time of the hearing and must establish prima facie eligibility for the relief sought); 8 C.F.R. § 1003.2(c)(1).

We reject Castaneyra Villalba's contention that the BIA abused its discretion in denying the motion to reopen despite the absence of an opposition.  *See Limsico v. INS*, 951 F.2d 210, 213 (9th Cir. 1991) (BIA has authority to deny unopposed motions to reopen).

**PETITION FOR REVIEW DENIED.**